# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CASE NO: 17-cv-20530-GAYLES/Turnoff

MARIA RAMIREZ, a/k/a MARIA TERESA )
DE JESUS RAMIREZ HERNANDEZ, )
)
       Plaintiff, )
vs. )
)
JORGE DEONA, )
)
       Defendants. )

**SUMMONS IN A CIVIL ACTION**

To:
JORGE DEONA
544 Loretta Ave
Coral Gables FL, 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

Date: Feb 10, 2017 _____

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts